AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

| United States of America | ) |
| v. | ) Case No. 8:2020cr43T-02 JSS |
| ANDREW RICHIE BROWN | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANDREW RICHIE BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; being a felon in possession of a firearm; and distribution of a controlled substance, which violation involved 5 grams or more of methamphetamine, a Schedule II controlled substance. All in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1).

Date: 1/31/2020

*Issuing officer's signature* — Melanie Bowman

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2-3-20, and the person was arrested on *(date)* 6-19-20
at *(city and state)* HILLSBOROUGH COUNTY JAIL, FL

Date: 6-23-20

*Arresting officer's signature* — SIGN FOR DEA

MICHAEL CONNELL DUSM
*Printed name and title*