# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                          Case No.: 8:20-CR-00043-T-02JSS

**ANDREW RICHIE BROWN**
_____ /

## AMENDED UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now the Defendant, Mr. Andrew Richie Brown, by and through undersigned counsel files this unopposed motion to modify conditions of release for Mr. Brown and as grounds states the following:

1. Mr. Brown was indicted in the above-styled case on the following charges: Count One, distribution of a controlled substance mixture containing methamphetamine in violation of 21 U.S.C. § 841(a)(1), Count Two, possession of firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1), and Count Three, distribution of 5 grams or more of actual methamphetamine in violation of 21 U.S.C. § 841(a)(1). Doc. 1.

2. At the initial appearance in the above case, Mr. Brown was detained. Subsequent to the initial appearance, Defense counsel filed its Unopposed Motion for Release. Doc. S-20. This Court granted the motion and placed Mr. Brown on home detention with location monitoring. Mr. Brown is not permitted to leave the home to work.

3. Mr. Brown has two job opportunities that he has secured, should this

1

Court permit him to work. He can work, part time, for *Manny's Landscaping, Painting, and More* located in Riverview, Florida. This is a registered company in the State of Florida. Defense counsel has contacted the owner and he confirmed that Mr. Brown can work part-time. The hours would be from 0800-1700 two or three days a week – either Monday through Wednesday or Monday and Tuesday depending upon the amount of work the company has. Alternatively, Mr. Brown can work for *Tropical Trees* where he would work trimming trees. Defense counsel has contacted the employer at this company, Sam Ware, and confirmed that Mr. Brown has a job opportunity there as well. The hours per day would be approximately 7:30/8:00 a.m. until 5 pm.

4. Mr. Brown is residing with his mother at her residence. It would assist his mother greatly to have Mr. Brown bringing in additional money to the home.

5. Mr. Brown has not violated any conditions of release. He has tested negative for drugs in a random urinalysis performed by Pretrial Services within the last month.

6. Defense would request that Mr. Brown's bond conditions be modified to the following: Mr. Brown is permitted to leaving his home to work part-time. He must provide his work schedule seven (7) days prior to his first scheduled day. He must return home by 6 p.m. on the days that he is working.

7. AUSA Callan Albritton has advised that he has no objection to the stated modifications.

DATED this 29th day of September 2020.

        Respectfully submitted,

        JAMES T. SKUTHAN
        ACTING FEDERAL DEFENDER

        ***/s/ Jessica Casciola***
        Jessica Casciola
        Assistant Federal Defender
        Florida Bar No. 40829
        400 North Tampa Street
        Suite 2700
        Tampa, FL. 33602
        Telephone: 813-228-2715
        Fax: 813-228-2562
        Email: Jessica_Casciola@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September 2020, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

Callan Albritton, AUSA

>*/s/ Jessica Casciola*
>Jessica Casciola
>Assistant Federal Defender